UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY PFITZER,<br><br>      Plaintiff,<br><br>v.<br><br>SMITH & WESSON, CORP.,<br>a Delaware Corporation,<br><br>and<br><br>REMINGTON ARMS COMPANY, LLC,<br>a Delaware Limited Liability Company,<br><br><br>      Defendants. | Cause No.:  4:13-cv-00676-JAR<br><br><br>JURY TRIAL DEMANDED |

NOTICE OF SETTLEMENT

COMES NOW Paul J. Passanante, as attorney for plaintiff and designated lead counsel, and provides to the Court this Notice of Settlement.  As a result of mediation held May 19, 2014 this matter has been settled.  By consent of the parties, Paul J. Passanante files this Notice of Settlement and requests the Court enter an order passing this matter for settlement.

                              PAUL J. PASSANANTE, P.C.

               By:    /s      Paul J. Passanante                 
                              Paul J. Passanante, #25266MO
                              John P. Guletz, #59911MO
                              1010 Market Street, Suite 1650
                              St. Louis, Missouri  63101
                              (314) 621-8884
                              (314) 621-8885 Fax
                              pjp@passanantelaw.com
                              jpg@passanantelaw.com

                              *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served upon the following counsel of record, via the Court's electronic filing system, on the 19th day of May, 2014:

Clem C. Trischler
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Caroline M. Tinsley
Baker, Sterchi, Cowden & Rice LLP
1010 Market Street, #950
St. Louis, MO 63101

*Attorneys for Defendant*
*Smith & Wesson Corp.*


Wilbur L. Tomlinson
Armstrong Teasdale, LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO  63105


Steven E. Danekas
Swanson Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL  60611

*Attorneys for Defendant*
*Remington Arms Company, LLC*

               /s/ Paul J. Passanante