UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY PFITZER,** | |
| Plaintiff, | |
| v. | Cause No.:  4:13-cv-00676-JAR |
| **SMITH & WESSON, CORP.,**<br>a Delaware Corporation, | JURY TRIAL DEMANDED |
| and | |
| **REMINGTON ARMS COMPANY, LLC,**<br>a Delaware Limited Liability Company, | |
| Defendants. | |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, by and through counsel, and hereby dismisses his causes of action against Defendant Smith & Wesson, Corp., and Defendant Remington Arms Company, LLC, with prejudice.  Parties are to bear their own costs.

PAUL J. PASSANANTE, P.C.

By:   /s/  Paul J. Passanante
Paul J. Passanante, #25266MO
John P. Guletz, #59911MO
1010 Market Street, Suite 1650
St. Louis, Missouri 63101
314/621-8884 / 314/621-8885 Fax
pjp@passanantelaw.com
jpg@passanantelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served upon the following counsel of record, via the Court's electronic filing system, on the 15th day of August, 2014:

Clem C. Trischler
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219

Caroline M. Tinsley
Baker, Sterchi, Cowden & Rice LLP
1010 Market Street, #950
St. Louis, MO 63101

*Attorneys for Defendant*
*Smith & Wesson Corp.*


Wilbur L. Tomlinson
Armstrong Teasdale, LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO  63105


Steven E. Danekas
Swanson Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL  60611

*Attorneys for Defendant*
*Remington Arms Company, LLC*


        /s/ Paul J. Passanante